UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES M. HINKLEY,<br><br>                    Plaintiff,<br><br>  v.<br><br>ELDON VAIL, SCOTT RUSSELL, KERRY ARLOW, JEFFREY L. CARLSEN, STEVE DEMARS, JOHN AND JANE DOES 1-32,<br><br>                    Defendants. | No. C12-5969 RBL/KLS<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT |

Before the Court is Plaintiff's Motion for Entry of Default against Jeffrey L. Carlsen and Steve Demars. ECF No. 20. Having carefully considered the motion, Defendants' response (ECF No. 23), and balance of the record, the Court finds that the motion should be denied.

**DISCUSSION**

Rule 55, which governs the entry of default, provides for the entry of default when a party fails to plead or otherwise defend. Fed. R. Civ. P. 55. The Federal Rules of Civil Procedure provide that a defendant who waives service is required to answer within sixty days after the date on which the request for a waiver is sent. Fed. R. Civ. P. 4(d)(3).

Plaintiff seeks default judgments against Defendants Jeffrey L. Carlsen and Steven DeMars. ECF No. 20. However, these defendants filed waivers of service, so the sixty-day rule applies and their answers were not due until February 21, 2013. ECF Nos. 13 and 16. Defendants Carlsen and DeMars filed their Answer to Plaintiff's Amended Complaint on February 19, 2013. ECF No. 24.

ORDER - 1

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for default (ECF No. 20) is **DENIED.**

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 27th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2