UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES M. HINKLEY,<br><br>       Plaintiff,<br><br> v.<br><br>ELDON VAIL, SCOTT RUSSELL, KERRY ARLOW, JEFFREY L. CARLSEN, STEVE DEMARS, JOHN AND JANE DOES 1-32,<br><br>       Defendants. | No. C12-5969 RBL/KLS<br><br>REQUEST FROM COURT FOR ADDITIONAL BRIEFING FROM DEFENDANTS |

Defendants move this Court to reconsider its previous Order (ECF No. 52). Defendants claim, in part, that the Court has misinterpreted DOC 590.500. ECF No 56. Defendants are directed to review ECF No. 46 in Case No. C10-5250 *Christen v. DOC, et al.* In that case, the defendants advised the Court that DOC 590.500 "includes documents an offender requests in discovery which he must pay to receive." *Id.* In the case currently before the Court, and in its Motion to Reconsider, the Defendants now say that is not the policy. The Court is requesting additional briefing addressing the apparent inconsistent positions taken by the Department of Corrections.

Accordingly, it is **ORDERED:**

(1) Defendants shall provide the Court with additional briefing addressing the specific issue **on or before July 5, 2013.**

Request for Additional Briefing - 1

1  (2)  The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 19th day of June, 2103.

Karen L. Strombom
United States Magistrate Judge

Request for Additional Briefing            - 2