UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES M. HINKLEY,

    Plaintiff,

v.

ELDON VAIL, SCOTT RUSSELL, KERRY ARLOW, JEFFREY L. CARLSEN, STEVE DEMARS, JOHN AND JANE DOES 1-32,

    Defendants.

CASE NO. C12-5969 RBL/KLS

ORDER GRANTING DEFENDANTS' MOTION TO SEAL

Defendants, having filed a motion to seal in this matter, and the Court being fully advised and having examined the records and files herein, it is hereby

**ORDERED** that Defendant's motion to seal (ECF No. 69) is **GRANTED** and the Clerk is directed to seal Attachment C of Exhibit 1 of the Response to Motion to Compel and Cross Motion for Protective Order (ECF No. 68-1 at 14-15).

**DATED** this 24th day of July, 2013.

Karen L. Strombom
United States Magistrate Judge